Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                                          CASE NO: 21-31825-MVL-13
PAUL CASEY BLANK
            DEBTOR

### NOTICE OF FILING FINAL REPORT AND ACCOUNT BY TRUSTEE

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Thomas D. Powers, Chapter 13 Trustee has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered . The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT , 1100 COMMERCE, ROOM 12- DALLAS, TEXAS, 75242-1496 and is available for review at **https://ecf.txnb.uscourts.gov/**.  A summary of the report is as follows:

| | |
|---|---|
| Petition Date | Oct 05, 2021 |
| Confirmation Date | NA |
| Disposition | dismissed |
| Date Closed | Feb 09, 2022 |
| # of Months Case was Pending | 7 |
| Amt of unsecured claims discharged without payment * | $0.00 |
| | |
| Total Paid by or on behalf of Debtor | $7,500.00 |
| Less amount Refunded to Debtor | $1,073.80 |
| **Net Receipts** | **$6,426.20** |

|  | **Principal** | **Interest** |
|---|---|---|
| Total Secured Disbursements | $2,688.18 | $0.00 |
| Total Priority Disbursements | $0.00 | $0.00 |
| General Unsecured Disbursements | $0.00 | $0.00 |
| | | |
| Expenses of Administration ** | $3,738.02 | |
| Disbursements to Creditors | $2,688.18 | |
| **Total Disbursements** | **$6,426.20** | |

* THE INFORMATION REFLECTED IN THE FINAL REPORT AS TO THE DISCHARGE OF CLAIMS IS NOT INTEND RENDER AN OPINION AS TO WHETHER ANY SPECIFIC DEBT IS, OR IS NOT, DISCHARGED.  ONLY THE COURT ISSUE AN ORDER DETERMINING THE DISCHARGEABILITY OF ANY DEBT OR DEBTS .

** Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

 Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated .

Dated:  05/16/2022                                                                                    /s/ Thomas D. Powers
                                                                                                                   Standing Chapter 13 Trustee
                                                                                                                   By:  Jolene Harris

United States Bankruptcy Court

Northern District of Texas

In re:  Case No. 21-31825-mvl
Paul Casey Blank  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: admin     Page 1 of 2
Date Rcvd: May 17, 2022     Form ID: pdf013     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Casey Blank, 7652 Culcourt, Dallas, TX 75209-3025 |
| 19523014 | + | Bouman's Trailer & Rental, P.O. Box 21356, Beaumont, TX 77720-1356 |
| 19533934 | | Deutsche Bank National Trust Company formerly know, P.O. Box 65250, salt Lake city UT 84165-0250 |
| 19523018 | + | John Dafonte, P.O. Box 54, Port Bolivar, TX 77650-0054 |
| 19523019 | | Lawrence Herrera, 4717 W. Lovers Lane, Dallas, TX 75209-3135 |
| 19523020 | + | Select Portfolio Servicing, P.O. Box 551170, Jacksonville, FL 32255-1170 |
| 19523021 | + | Thomas G Lewis, c/o Chris Garcia, 2228 Mechanic, Suite 400, Galveston, TX 77550-1591 |
| 19523023 | + | UT - Galvestion, 301 University Blvd, Galveston, TX 77555-0100 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bank9@oag.texas.gov | May 17 2022 21:30:00 | Attorney General of Texas, 2001 Beach Street, Suite 700, Fort Worth, TX 76103-2315 |
| 19523013 | + | Email/Text: Bank4@oag.texas.gov | May 17 2022 21:30:00 | Attorney General Child Support Division, Dallas Region 4 Bankruptcy Section, 400 S. Zang, Suite 1100, Dallas, TX 75208-6646 |
| 19534145 | + | Email/Text: Bank9@oag.texas.gov | May 17 2022 21:30:00 | Attorney General of Texas, Region 4 Bankruptcy Section, 2001 Beach Street, Suite 700, Fort Worth, TX 76103-2315 |
| 19523015 | + | Email/Text: cmecf@dallasch13.com | May 17 2022 21:31:00 | Chapter 13 Trustee, Notice Only, 125 E. John Carpenter Freeway, #1100, Irving, TX 75062-2288 |
| 19534641 | + | Email/Text: dallas.bankruptcy@LGBS.com | May 17 2022 21:31:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K Knighton, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| 19546557 | | Email/Text: ECMCBKNotices@ecmc.org | May 17 2022 21:31:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 19523016 | | Email/Text: ECMCBKNotices@ecmc.org | May 17 2022 21:31:00 | ECMC, Lock Box 8682, P.O. Box 75848, St. Paul, MN 55175-0848 |
| 19523017 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2022 21:31:00 | IRS - Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 19523022 | + | Email/Text: brooke.lewis@usdoj.gov | May 17 2022 21:31:00 | U.S. Attorney, 1100 Commerce St., Room 16G28, Dallas, TX 75242-1001 |
| 19554968 | | Email/PDF: ebn_ais@aisinfo.com | May 17 2022 21:37:01 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 19523024 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | May 17 2022 21:31:00 | William T. Neary, Notice Only, Office of the U.S. Trustee, 1100 Commerce, Suite 9C60, Dallas, TX 75242-1011 |

TOTAL: 11

District/off: 0539-3 | User: admin | Page 2 of 2
Date Rcvd: May 17, 2022 | Form ID: pdf013 | Total Noticed: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K Knighton, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| 19534146 | *+ | Attorney General of Texas, Region 4 Bankruptcy Section, 2001 Beach Street, Suite 700, Fort Worth, TX 76103-2315 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley B. Carroll | on behalf of Creditor Attorney General of Texas Bank9@oag.texas.gov |
| Lawrence Herrera | on behalf of Debtor Paul Casey Blank lherrera@flash.net |
| Michael Wayne Zientz | on behalf of Creditor SELECT PORTFOLIO SERVICING INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY FORMERLY KNOWN AS BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2001-2 txnd@mwzmlaw.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Stephen Weikai Wu | on behalf of Creditor SELECT PORTFOLIO SERVICING INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY FORMERLY KNOWN AS BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2001-2 swu@mwzmlaw.com, txnd@mwzmlaw.com |
| Thomas Powers | cmecf@dallasch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 7