Thomas D. Powers
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0758  (Fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:  Case # 21-31825-MVL-13

    PAUL CASEY BLANK

        Debtor

## Notice to Deposit Unclaimed Funds

Transmitted herewith is a check to deposit into the court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.  I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check(s) has/have not been negotiated.

Disposition of Case: **Dismissed**

Explanation: **Case was dismissed pre- confirmation and there was an AAPD on file. Final disbursement was made to AAPD creditors, attorney, and trustee with balance being paid to the debtor.**

| Name of Payee on unclaimed check: | Amount: |
|---|---|
| Clerk of the Bankruptcy Court FBO<br>PAUL CASEY BLANK<br>7652 CULCOURT<br>DALLAS, TX  75209 | $1,344.09 |

Dated:  September 28, 2022

/s/  Thomas D. Powers
Office of the Standing Chapter 13 Trustee

### Certificate of Service

I hereby certify that a true copy of the foregoing Notice to Deposit Unclaimed Funds was mailed to the following parties on September 28, 2022.

US Trustee: United States Trustee, 1100 Commerce Street, Room 9 C60, Dallas TX  75242
Debtor's Attorney: Lawrence Herrera, 4717 W Lovers Lane, Dallas, Tx  75209

/s/ Thomas D. Powers
Office of the Standing Chapter 13 Trustee